1 Dora V. Lane
Nevada Bar No. 8424
2 Ascent Law, PC
5470 Kietzke Ln Ste 300
3 Reno, NV 89511-2099
T: (775) 671-6171
4 dora@ascent-employmentlaw.com

Attorneys for Defendant KINROSS GOLD U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CORY ELLINGS, Individually and On Behalf of Others Similarly Situated, | Case Number 2:25-cv-00098-RFB-EJY |
|---|---|
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT KINROSS GOLD U.S.A., INC. TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S ORIGINAL CLASS AND COLLECTIVE ACTION COMPLAINT** |
| KINROSS GOLD U.S.A., INC., | |
| Defendant. | **(First Request)** |

**COMES NOW**, pursuant to LR IA 6-1, Plaintiff Cory Ellings ("Plaintiff") and Defendant Kinross Gold U.S.A., Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the responsive pleading deadline for Defendant, which is currently set for February 14, 2025, be extended until March 12, 2025. This extension is needed to permit counsel for Defendant to investigate Plaintiff's claims, prepare a responsive pleading, and continue discussions with counsel for Plaintiff concerning streamlining the litigation and attending a possible early mediation. Additionally, Defendant contends that the proper defendant in this lawsuit is Round Mountain Gold Corporation, which is Plaintiff's employer. The Parties have agreed to conduct regular conferrals during the extension period.

This is the Parties' first stipulation for an extension for Defendant to respond to Plaintiff's complaint. Counsel for Defendant prepared this Stipulation with the consent of counsel for Plaintiff after a video conference conferral via Microsoft Teams on February 10, 2025. This Stipulation is made in good faith and not for the purposes of delay.

Date: February 13, 2025                                    Respectfully submitted,

**JOSEPHSON DUNLAP, PLLC**                  **ASCENT LAW, PC**

By:   /s/ *Andrew Dunlap*                              By:   /s/ *Dora V. Lane*
      Andrew Dunlap, Esq.                                      Dora V. Lane, Esq.
      11 Greenway Plaza, Ste 3050                              5470 Kietzke Ln Ste 300
      Houston, TX 77046                                        Reno, NV 89511-2099
      adunlap@mybackwages.com                                  dora@ascent-employmentlaw.com

      *Attorneys for Plaintiff*                                *Attorneys for Defendant Kinross Gold U.S.A., Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 13, 2025