| | |
|---|---|
| Dora V. Lane<br>Nevada Bar No. 8424<br>Ascent Law, PC<br>5470 Kietzke Lane, Ste. 300<br>Reno, NV 89511-2099<br>T: (775) 671-6171<br>dora@ascent-employmentlaw.com<br><br>Emily M. Hobbs (admitted *pro hac vice*)<br>Ascent Law, PC<br>110 16th Street, Ste. 1460<br>Denver, CO 80202<br>T: (720) 933-0765<br>emily@ascent-employmentlaw.com | Lonnie D. Giamela  (*application pending*)<br>Joel Moon (*application pending*)<br>Fisher & Phillips LLP<br>444 South Flower Street, Ste. 1500<br>Los Angeles, CA 90071 T: (213) 330-4454<br>T: (213) 330-4454<br>lgiamela@fisherphillips.com<br>jmoon@fisherphillips.com |

Attorneys for Defendant KINROSS GOLD U.S.A., INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORY ELLINGS, Individually and On Behalf of Others Similarly Situated,<br><br>　　　　Plaintiff<br><br>v.<br><br>KINROSS GOLD U.S.A., INC.,<br><br>　　　　Defendant. | Case Number<br>2:25-cv-00098-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT KINROSS GOLD U.S.A., INC. TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S ORIGINAL CLASS AND COLLECTIVE ACTION COMPLAINT**<br>**(Second Request)** |

**COMES NOW**, pursuant to LR IA 6-1, Plaintiff Cory Ellings ("Plaintiff") and Defendant Kinross Gold U.S.A., Inc. ("Defendant" or "KGUSA"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the responsive pleading deadline for Defendant, which is currently set for March 12, 2025, be extended until March 26, 2025.  This extension is needed to continue discussions with counsel for Plaintiff concerning Defendant's

impending motion to dismiss pursuant to F.R.C.P. 12(b)(1) and 12(b)(6), naming the correct defendant (which KGUSA contends is Round Mountain Gold Corporation ("RMGC")), potentially moving to stay the case pending the outcome of a motion to dismiss, and streamlining the litigation.

The Parties initially conferred regarding the alleged improper defendant issue over Microsoft Teams on February 10, 2025 and agreed to an extension of time to further confer. As background on the Parties' conferral efforts after obtaining the first extension on February 13, 2025 (ECF No. 19), counsel for KGUSA sent an email explaining in detail why KGUSA is not the proper defendant in this lawsuit and requested that Mr. Ellings re-file the complaint against RMGC and to dismiss KGUSA as a party. On March 9, 2025, counsel for KGUSA sent an email to Mr. Ellings' counsel reiterating that this action cannot move forward against KGUSA and without naming RMGC as the defendant, and raised that KGUSA intended to move to stay pending the outcome of a motion to dismiss. Counsel for KGUSA sent a follow-up email on March 11, 2025 asking for Mr. Ellings' position on the motion to dismiss and motion to stay. On March 12, 2025, counsel for Mr. Ellings responded that he is out of office but would be willing to extend the deadline another two weeks to finish conferrals.

The Parties have agreed to schedule a telephone conference to meaningfully discuss resolving the issues without the necessity of court intervention during the extension period. With the new responsive pleading deadline of March 26, 2025, the Parties have acknowledged that KGUSA will also require a short extension to file a Reply brief in support of its motion to dismiss (if any) due to counsel for Defendant's deposition schedule in another case. The Parties intend to file another stipulation with respect to the agreed-upon extension for KGUSA's Reply brief in support of its motion to dismiss.

This is the Parties' second stipulation for an extension for Defendant to respond to Plaintiff's complaint. Counsel for Defendant prepared this Stipulation with the consent of counsel for Plaintiff. This Stipulation is made in good faith and not for the purposes of delay.

Date: March 12, 2025                    Respectfully submitted,

**JOSEPHSON DUNLAP, PLLC**              **ASCENT LAW, PC**

By:  /s/ *Andrew Dunlap*                By:  /s/ *Emily M. Hobbs*
     Andrew Dunlap (admitted *pro hac vice*)   Emily Hobbs (admitted *pro hac vice*)
     11 Greenway Plaza, Ste 3050              110 16th Street, Ste. 1460
     Houston, TX 77046                        Denver, CO 80202
     adunlap@mybackwages.com                  T: 720.933.0765
                                              emily@ascent-employmentlaw.com
     *Attorneys for Plaintiff*
                                              *Attorneys for Defendant Kinross Gold U.S.A., Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 12, 2025