Dora V. Lane
Nevada Bar No. 8424
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
T: (775) 671-6171
dora@ascent-employmentlaw.com

Emily M. Hobbs (admitted *pro hac vice*)
Ascent Law, PC
110 16th Street, Ste. 1460
Denver, CO 80202
T: (720) 933-0765
emily@ascent-employmentlaw.com

Lonnie D. Giamela (admitted *pro hac vice*)
Joel Moon (admitted *pro hac vice*)
Fisher & Phillips LLP
444 South Flower Street, Ste. 1500
Los Angeles, CA 90071 T: (213) 330-4454
T: (213) 330-4454
lgiamela@fisherphillips.com
jmoon@fisherphillips.com

Attorneys for Defendant KINROSS GOLD U.S.A., INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORY ELLINGS, Individually and On Behalf of Others Similarly Situated,<br><br>  Plaintiff<br><br>v.<br><br>KINROSS GOLD U.S.A., INC.,<br><br>  Defendant. | Case Number<br>2:25-cv-00098-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT KINROSS GOLD U.S.A., INC. TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S ORIGINAL CLASS AND COLLECTIVE ACTION COMPLAINT**<br>(THIRD REQUEST) |

**COMES NOW**, pursuant to LR IA 6-1, Plaintiff Cory Ellings ("Plaintiff") and Defendant Kinross Gold U.S.A., Inc. ("Defendant" or "KGUSA"), by and through their respective undersigned counsel of record, hereby stipulate and agree that the responsive pleading deadline for Defendant, which is currently set for March 26, 2025, be extended until April 9, 2025.

Since filing the Second Stipulation for Extension to Respond to Plaintiff's Original Class

and Collective Action Complaint (ECF No. 29), the parties have made significant progress in their conferral efforts. Plaintiff has agreed to dismiss KGUSA from this lawsuit and name Round Mountain Gold Corporation ("RMGC") as a defendant in an amended complaint. Counsel for RMGC has agreed to waive service of the amended complaint.

An additional extension of two weeks is needed to hold a final conferral call to resolve the remaining outstanding issues between the parties, exchange declarations, and file the amended complaint.

This is the Parties' third stipulation for an extension for Defendant to respond to Plaintiff's complaint. Counsel for Defendant prepared this Stipulation with the consent of counsel for Plaintiff. This Stipulation is made in good faith and not for the purposes of delay.

Date: March 26, 2025                                             Respectfully submitted,

**JOSEPHSON DUNLAP, PLLC**                          **ASCENT LAW, PC**

By:   /s/ *Andrew Dunlap*                              By:   /s/ *Emily M. Hobbs*
       Andrew Dunlap (admitted *pro hac vice*)                Emily Hobbs (admitted *pro hac vice*)
       11 Greenway Plaza, Ste 3050                            110 16th Street, Ste. 1460
       Houston, TX 77046                                      Denver, CO 80202
       adunlap@mybackwages.com                                T: 720.933.0765
                                                              emily@ascent-employmentlaw.com
       *Attorneys for Plaintiff*
                                                              *Attorneys for Defendant Kinross Gold*
                                                              *U.S.A., Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2025

2