Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

Richard J. (Rex) Burch (To apply *Pro Hac Vice*)
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson (*Pro Hac Vice*)
Texas State Bar No. 24014780
Andrew W. Dunlap (*Pro Hac Vice*)
Texas State Bar No. 24078444
Travis J. Grefenstette (*Pro Hac Vice*)
Texas State Bar No. 24120866
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
tgrefenstette@mybackwages.com

*Attorneys for Plaintiff and The Hourly Employees*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CORY ELLINGS, Individually and for Others Similarly Situated,<br><br>v.<br><br>ROUND MOUNTAIN GOLD CORPORATION. | Case No. 2:25-cv-0098-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND RELATED DEADLINES** |

Plaintiff Cory Ellings, by and through his undersigned counsel of record, and Defendant Round Mountain Gold Corporation ("RMGC"), by and through its undersigned counsel of record, hereby stipulate and agree that the deadline for Plaintiff's Motion for Conditional Certification, which is currently set for January 12, 2026, be extended to January 26, 2026. This extension is needed to allow counsel for Plaintiff to review additional data and documents produced this week. To avoid prejudice resulting from the extension, the parties also agree that RMGC's deadline to oppose Plaintiff's Motion for Conditional Certification, which is currently set for February 6, 2026, be extended to February 20, 2026, and that Plaintiff's deadline to file a Reply in Support of Motion for

Conditional Certification, which is currently set for February 20, 2026, be extended to March 6, 2026. This is the first stipulation for extension of time to file the Motion for Conditional Certification and related deadlines.

   This stipulation was prepared by counsel for the Plaintiff with the consent of the Defendant and is made in good faith and not for the purposes of delay.

Dated: January 9, 2026            Respectfully submitted,

**ASCENT LAW, P.C.**
**FISHER & PHILLIPS LLP**

/s/ Dora V. Lane
Dora V. Lane (Nev. SBN 8424)
Ascent Law, P.C.
5470 Kietzke, Suite 300
Reno, Nevada 89511
Tel: (775) 671-6171
dora@ascent-employmentlaw.com

Emily M. Hobbs (Pro Hac Vice)
Ascent Law, P.C.
110 16 th Street, Suite 1460
Denver, Colorado 80202
Tel: (720) 933-0765
emily@ascent-employmentlaw.com

Lonnie D. Giamela (Pro Hac Vice)
Joel Moon (Pro Hac Vice)
Fisher & Phillips LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
T: (213) 330-4454
lgiamela@fisherphillips.com
jmoon@fisherphillips.com

*Counsel for Round Mountain Gold Corporation*

**RODRIGUEZ LAW OFFICES P.C.**
**JOSEPHSON DUNLAP LLP**
**BRUCKNER BURCH PLLC**

/s/Travis A. Grefenstette
Esther C. Rodriguez (Nev. SBN 006473)
Michael A. Josephson
Travis A. Grefenstette
Richard J. (Rex) Burch
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com

*Counsel for Plaintiff & the Hourly Employees*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: January 9, 2026