Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Richard J. (Rex) Burch (To apply *Pro Hac Vice*)
Texas State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
rburch@brucknerburch.com

Michael A. Josephson (*Pro Hac Vice*)
Texas State Bar No. 24014780
Andrew W. Dunlap (*Pro Hac Vice*)
Texas State Bar No. 24078444
Travis J. Grefenstette (*Pro Hac Vice*)
Texas State Bar No. 24120866
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
tgrefenstette@mybackwages.com

*Attorneys for Plaintiff and The Hourly Employees*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CORY ELLINGS, Individually and for Others Similarly Situated,<br><br>v.<br><br>ROUND MOUNTAIN GOLD CORPORATION. | Case No. 2:25-cv-0098-RFB-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION S** |

Plaintiff Cory Ellings, by and through his undersigned counsel of record, and Defendant Round Mountain Gold Corporation ("RMGC"), by and through its undersigned counsel of record, hereby stipulate and agree that the deadline for Plaintiff's Reply in Support of his Motion for Conditional Certification, which is currently set for March 6, 2026, be extended to March 27, 2026. This extension is needed due to an unexpected emergency affecting Plaintiff's counsel.

This is the first stipulation for extension of time to file Plaintiff's Reply in support of his Motion for Conditional Certification; it is the second stipulation for an extension of time on certification-related deadlines.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S
REPLY IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION
*Ellings v. Round Mountain Gold Corporation*, Case No. 2:25-cv-0098-RFB-EJY

This stipulation was prepared by counsel for the Plaintiff with the consent of the Defendant and is made in good faith and not for the purposes of delay.

Dated: March 4, 2026                          Respectfully submitted,

**ASCENT LAW, P.C.**                          **RODRIGUEZ LAW OFFICES P.C.**
**FISHER & PHILLIPS LLP**                     **JOSEPHSON DUNLAP LLP**
                                              **BRUCKNER BURCH PLLC**

*/s/ Emily M. Hobbs with permission*          */s/ Travis J. Grefenstette*
Dora V. Lane (Nev. SBN 8424)                  Esther C. Rodriguez (Nev. SBN 006473)
Ascent Law, P.C.                              Michael A. Josephson
5470 Kietzke, Suite 300                       Travis A. Grefenstette
Reno, Nevada 89511                            Richard J. (Rex) Burch
Tel: (775) 671-6171                           10161 Park Run Drive, Suite 150
dora@ascent-employmentlaw.com                 Las Vegas, Nevada 89145
                                              Tel: (702) 320-8400; Fax: (702) 320-8401
Emily M. Hobbs (Pro Hac Vice)                 info@rodriguezlaw.com
Ascent Law, P.C.
110 16 th Street, Suite 1460
Denver, Colorado 80202                        *Counsel for Plaintiff & the Hourly Employees*
Tel: (720) 933-0765
emily@ascent-employmentlaw.com

Lonnie D. Giamela (Pro Hac Vice)
Joel Moon (Pro Hac Vice)
Fisher & Phillips LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
T: (213) 330-4454
lgiamela@fisherphillips.com
jmoon@fisherphillips.com

*Counsel for Round Mountain Gold*
*Corporation*


IT IS SO ORDERED this 4th day of March, 2026.


_____
UNITED STATES MAGISTRATE JUDGE


STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S
REPLY IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION
*Ellings v. Round Mountain Gold Corporation*, Case No. 2:25-cv-0098-RFB-EJY