Dora V. Lane
Nevada Bar No. 8424
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
T: (775) 671-6171
dora@ascent-employmentlaw.com

Emily M. Hobbs (admitted *pro hac vice*)
Ascent Law, PC
110 16th Street, Ste. 1460
Denver, CO 80202
T: (720) 933-0765
emily@ascent-employmentlaw.com

Lonnie D. Giamela (admitted *pro hac vice*)
Joel Moon (admitted *pro hac vice*)
Fisher & Phillips LLP
515 South Flower Street, Ste. 1200
Los Angeles, CA 90071
T: (213) 330-4454
lgiamela@fisherphillips.com
jmoon@fisherphillips.com

Attorneys for Defendant ROUND MOUNTAIN GOLD CORPORATION

Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, NV 89511

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORY ELLINGS, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>ROUND MOUNTAIN GOLD CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-00098-RFB-EJY<br><br>JOINT STIPULATION AND MOTION TO EXTEND DEADLINES FOR PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION PURSUANT TO 29 U.S.C §216(b) AND ISSUANCE OF COURT-AUTHORIZED NOTICE (ECF NO. 76)<br><br>(FIRST REQUEST) |

Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, NV 89511

Pursuant to Federal Rules of Civil Procedure 1 and 6(b)(1)(A), and District of Nevada Local Rules IA 6-1, IA 6-2, 7-1, and 7-2(b), Plaintiff Cory Ellings ("Plaintiff") and Defendant Round Mountain Gold Corporation ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and jointly request that the Court enter an Order extending the deadlines to file Defendant's Opposition and Plaintiff's Reply to Plaintiff's Renewed Motion for Conditional Certification Pursuant to 29 U.S.C. §216(b) and Issuance of Court-Authorized Notice, which was filed on November 5, 2026 (ECF No. 76), to allow the Parties time to conduct a second mediation on January 13, 2027. The Parties stipulate to the following:

1. The Parties have agreed to a second mediation on January 13, 2027.

2. Pursuant to Local Rule IA 6-1(a), this is the first request to extend the deadlines for Plaintiff's Renewed Motion for Conditional Certification (ECF No. 76). (An earlier motion for conditional certification was dismissed without prejudice in connection with the Court's prior stay of proceedings (ECF No. 72))

3. The stipulation to extend deadlines will conserve the Parties' and the Court's resources and serve judicial economy while they work toward a potential global settlement of this matter.

4. In the event that settlement is not reached at mediation, Defendant's Opposition will be due on February 1, 2027.

5. Plaintiff's Reply will be due on February 15, 2027.

WHEREFORE, the Parties respectfully ask the Court to grant their Joint Stipulation and Motion to extend the current deadlines for Defendant's Opposition to February 1, 2027 and Plaintiff's Reply to February 15, 2027.

Date: June 22, 2026

By: /s/ Andrew W. Dunlap
Michael A. Josephson
(admitted *pro hac vice)*
Andrew W. Dunlap
(admitted *pro hac vice*)

Respectfully Submitted

By: /s/ Lonnie Giamela
Lonnie Giamela
(admitted *pro hac vice*)
Joel Moon
(admitted *pro hac vice*)

Kevin E Collins
(admitted *pro hac vice*)
**JOSEPHSON DUNLAP LLP**
5847 San Felipe, Suite 2400
Houston, Texas 77057
(713) 352-1100

Richard J. (Rex) Burch
(admitted *pro hac vice*)
**BRUCKNER BURCH PLLC**
5847 San Felipe, Suite 2400
Houston, Texas 77057
(713) 877-8788

Esther C. Rodriguez
Nevada Bar No. 6473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 320-8400

*Attorneys for Plaintiffs ELLINGS & THE HOURLY EMPLOYEES*

**FISHER & PHILLIPS LLP**
515 South Flower Street, Ste. 1200
Los Angeles, CA 90071
(213) 330-4454

Emily Hobbs
(admitted *pro hac vice*)
**ASCENT LAW, P.C.**
110 16th Street, Ste. 1460
Denver, CO 80202
(720) 933-0765

Dora V. Lane
Nevada Bar No. 8424
**ASCENT LAW, P.C.**
5470 Kietzke Lane, Ste. 300
Reno, NV 89511
(775) 671-6171

*Attorneys for Defendant ROUND MOUNTAIN GOLD CORPORATION.*

IT IS SO ORDERED.

Elayna J. Youchah

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: November 13, 2026

Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, NV 89511